16047

HAY *ET AL.* v. LEONARD, COUNTY TREASURER, *ET AL.*
(46 S. E. (2d) 653)

*Messrs. Buist & Buist*, of Charleston, for Appellants,

*Messrs. Gedney M. Howe, Jr., Frank H. Bailey, John I. Cosgrove, Robert McC. Figg, Jr., and Huger Sinkler,* all of Charleston, for Respondents,

February 26, 1948.

PER CURIAM.

Appellants' exceptions to the judgment of the Court of Common Pleas in this action have been carefully considered and are found to be without merit. The judgment is adopted as the opinion of this Court and will be reported.

BAKER, C.J., and FISHBURNE, STUKES, TAYLOR, and OXNER, JJ., concur.